No. 81–5847.  JONES ET AL. *v.* CONSOLIDATED EDISON COMPANY OF NEW YORK ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 81–5861.  JONES *v.* NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 81–5863.  ROSA *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 81–5864.  STANLEY *v.* CITY OF PORTLAND.  Ct. App. Ore.  Certiorari denied.

No. 81–5868.  KINNER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 81–5870.  SERE *v.* WELSH.  C. A. 4th Cir.  Certiorari denied.

No. 81–5877.  JOHNSON *v.* JOHNSON.  C. A. 4th Cir. Certiorari denied.

No. 81–5883.  HERNANDEZ *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir. Certiorari denied.

No. 81–5884.  CARTER *v.* GARRISON, WARDEN, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 81–5885.  GONZALEZ *v.* HILTON, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 81–5886.  FRAZIER *v.* S/S DELTA MAR ET AL.  C. A. 5th Cir.  Certiorari denied.